IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| DENNIS E. NICHOLS, ) | Civil No. 3:11-2927 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On February 21, 2013, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and reversed and remanded the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) for further administrative action. On February 21, 2013, the plaintiff filed his objections to the Report and Recommendation. It appears from a review of the file and plaintiff's objections that said objections were timely. Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on February 21, 2013, reversing and remanding the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g), is herewith vacated, and this matter is herewith reinstated for consideration of plaintiff's objections.

**AND IT IS SO ORDERED.**

_____
DAVID C. NORTON
United States District Judge

February 22, 2012
Charleston, South Carolina